UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

RAINER M. GUTFLEISCH AND
RUTH I. GUTFLEISCH

                          CASE NO. 10-31015-LMK
                          CHAPTER 7

    Debtor(s).
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    This case came on for consideration of the Motion for Relief from the Automatic Stay filed by Movant, US BANK NA, on May 24, 2011, Docket No. 24. The Motion has been served upon the parties of interest pursuant to Local Rule 4001-1-(c) and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

    ORDERED, ADJUDGED and DECREED as follows:

    1.  The automatic stay arising from these proceedings is terminated, so as to permit Movant to foreclose its mortgage; and

    2.  The Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described as:

    **LOT 35, MILLER`S CROSSING FILING NO. 3, IN THE CITY OF COLORADO SPRINGS, COUNTY OF EL PASO, STATE OF COLORADO.**

    **A/K/A 4625 TETMAN LANE, COLORADO SPRINGS, CO 80916**

and permitting Movant to offer and provide debtor with information regarding a potential Forebearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

DONE AND ORDERED at Pensacola, Florida, this the 15th day of June, 2011.

LEWIS M. KILLIAN, JR.
U. S. BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

RAINER M. GUTFLEISCH
7025 JACOBSVIEW LN.
MILTON, FL 32570

RUTH I. GUTFLESICH
7025 JACOBSVIEW LN.
MILTON, FL 32570

JOHN PAUL FITZGERALD
6839 CAROLINE STREET
MILTON, FL 32570

KARIN A. GARVIN, TRUSTEE
1801 W. GARDEN ST.,
PENSACOLA, FL 32502

PENSACOLA DIVISION
220 W GARDEN STREET, SUITE 700
PENSACOLA, FL 32502